IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Praxis Precision Medicines, Inc., <br><br> Plaintiff, <br><br> v. <br><br> David B. Goldstein and Actio Biosciences, Inc., <br><br> Defendants. | Civil Action No. 1:25-cv-01256-UNA |

**MOTION FOR LEAVE TO FILE**
**COMPLAINT UNDER SEAL**

Plaintiff Praxis Precision Medicines, Inc. ("Praxis"), by and through its undersigned attorneys, hereby seeks leave to file its Complaint under seal.

In support of this motion, Praxis states as follows:

1. This is a civil action against Defendants David B. Goldstein and Actio Biosciences, Inc. ("Actio") for trade secret misappropriation, and against Mr. Goldstein for breach of a confidentiality agreement he entered in association with his prior relationship with Praxis as a co-founder, Global Lead Scientific Founder, and Chairman of the Scientific Advisory Board.

2. Praxis has alleged in the Complaint that while acting as Praxis' scientific advisor, Mr. Goldstein created a competing company, Actio, and that both Mr. Goldstein and Actio took and used Praxis' confidential and trade secret information relating to its research and development efforts to find new therapeutic treatments for a type of epilepsy caused by mutations in the KCNT1 gene. In particular, the Complaint refers to specific compounds that Praxis identified following extensive research and development efforts as potential candidates to

pursue as therapeutics for KCNT1-related epilepsy. These confidential candidate compounds are extremely valuable to Praxis and constitute trade secrets. The premature disclosure of such confidential candidate compounds to the public would allow competitors to accelerate development of similar or competing compounds, destroying the competitive advantage Praxis has from expending the extensive time and resources into screening and identifying the compounds.

3. Although the Third Circuit has recognized a presumption of public access, the presumption is overcome where the material sought to be protected is "the kind of information that courts will protect", and where "disclosure will work a clearly defined and serious injury to the party seeking closure". *In re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir. 2001) (internal quotation marks and citations omitted); *see also In re Avandia Marketing*, 924 F.3d 662, 672 (3d Cir. 2019) (presumption of public access overcome if movant shows "that the interest in secrecy outweighs the presumption"). Here, the Complaint includes certain confidential details regarding Praxis' trade secrets relating to its development of candidate compounds to treat KCNT1-related epilepsy. Premature public disclosure of the fruits of Praxis' research and development efforts will undoubtedly result in significant competitive harm to Praxis, and the risk of such harm is sufficient to overcome the right of public access. *See Littlejohn v. Bic Corp.*, 851 F.2d 673, 677-78 (3d Cir. 1988) (recognizing that the right of access to judicial proceedings and records "is not absolute" and stating that "[c]ourts may deny access to judicial records, for example, where they are sources of business information that might harm a litigant's competitive standing"); *Leucadia v. Applied Extrusion Techs., Inc.*, 998 F.2d 157, 166 (3d Cir. 1993) ("Documents containing trade secrets or other confidential business information may be protected from disclosure").

4. Praxis will file a public version of the Complaint, with the confidential information redacted, within seven days of this motion being granted.

WHEREFORE, for the foregoing reasons, Praxis respectfully requests leave to file its Complaint in this matter under seal.

|  |  |
|---|---|
| OF COUNSEL<br><br>Keith R. Hummel<br>Sharonmoyee Goswami<br>Jonathan D. Mooney<br>CRAVATH, SWAINE & MOORE LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>(212) 474-1000<br>khummel@cravath.com<br>sgoswami@cravath.com<br>jmooney@cravath.com<br><br>October 14, 2025 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ *Jeremy A. Tigan*<br>Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5239)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Plaintiff Praxis Precision Medicines, Inc.* |