IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAXIS PRECISION MEDICINES, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) C.A. No. 25-1256-RGA <br> DAVID B. GOLDSTEIN and ACTIO ) <br> BIOSCIENCES, INC., ) <br> ) <br> Defendant. ) | |

**DEFENDANT ACTIO BIOSCIENCES, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned hereby certifies that, as of this date, Actio Biosciences, Inc. ("Actio"), is a private non-governmental company with no corporate parents and, to Actio's knowledge, no publicly traded company owning 10% or more of its stock.

|  |  |
|---|---|
|  | /s/ Nathan R. Hoeschen |
|  | Karen E. Keller (No. 4489) |
|  | Nathan R. Hoeschen (No. 6232) |
|  | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| W. Chad Shear | 1105 North Market Street, 12th Floor |
| Reem Gerais | Wilmington, DE 19801 |
| COOLEY LLP | (302) 298-0700 |
| 10265 Science Center Drive | kkeller@shawkeller.com |
| San Diego, CA 92121 | nhoeschen@shawkeller.com |
| (858) 490-6000 | *Attorneys for Defendants David B.* |
|  | *Goldstein and Actio Biosciences, Inc.* |
| Daniel J. Knauss |  |
| HanByul Chang |  |
| COOLEY LLP |  |
| 3175 Hanover Street |  |
| Palo Alto, CA 94304 |  |
| (650) 843-5000 |  |

Dated: November 3, 2025