IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAXIS PRECISION MEDICINES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID B. GOLDSTEIN and ACTIO ) <br> BIOSCIENCES, INC., ) <br> ) <br> Defendants. ) | C.A. No. 25-1256-RGA |

**DECLARATION OF W. CHAD SHEAR IN SUPPORT OF MOTION TO DISMISS
PLAINTIFF'S COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) AND/OR 12(b)(6)**

OF COUNSEL:
W. Chad Shear
Reem Gerais
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121
(858) 490-6000

Daniel J. Knauss
HanByul Chang
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000

Brittany N. Cazakoff
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
(202) 842-7800

Dated: December 5, 2025

Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants David B.
Goldstein and Actio Biosciences, Inc.*

I, W. Chad Shear, hereby declare:

1. I am an attorney and am a partner with Cooley LLP and counsel of record for Defendants David B. Goldstein and Actio Biosciences, Inc. (together, "Defendants") in the above-captioned action. The statements made herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

2. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(1) and/or 12(b)(6).

3. Attached hereto as **Exhibit 1** is a true and correct copy of Andrew M. Griffin et al., *Discovery of the First Orally Available, Selective $K_{Na}1.1$ Inhibitor: In Vitro and In Vivo Activity of an Oxadiazole Series*, ACS Medicinal Chemistry Letters, 12:593-602, published March 9, 2021.

4. Attached hereto as **Exhibit 2** is a true and correct copy of International Application Publication No. WO 2020/227101 A1, titled "KCNT1 Inhibitors and Methods of Use," published November 12, 2020. For ease of review, the portions of Exhibit 2 cited in Defendants' Opening Brief in Support of Motion to Dismiss Plaintiff's Complaint have been highlighted.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Executed on December 5, 2025 in San Diego, California

/s/ W. Chad Shear
W. Chad Shear (No. 5711)