

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

January 23, 2026

**BY CM/ECF**
The Honorable Richard G. Andrews
United States District Judge
844 N. King Street
Wilmington, DE 19801

    Re:    Praxis Precision Medicines, Inc. *v. David B. Goldstein, et al.*
             C.A. No. 25-1256-RGA

Dear Judge Andrews:

    Pursuant to D. Del. L. R. 7.1.4, defendants David B. Goldstein and Actio Biosciences, Inc. respectfully request oral argument on their Motion to Dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(1) and/or 12(b)(6) (D.I. 16).

    Briefing on the motion is complete, and the parties' submissions may be found at D.I. 17, 18, 19, 23 and 25. Defendants filed the reply brief on January 16, 2026.

             Respectfully submitted,

             */s/ Nathan R. Hoeschen*

             Nathan R. Hoeschen (No. 6232)

cc:    Clerk of the Court (via CM/ECF)
       All Counsel of Record (via CM/ECF & Email)